**Order entered October 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00340-CV

**T. CHRISTIAN COOPER, Appellant**

**V.**

**SANDERS H. CAMPBELL/RICHARD T. MULLEN, INC.**
**D/B/A THE MULLEN COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-15127**

## ORDER

We **GRANT** the parties' September 28, 2015 joint motion for an extension of time to file their appellant's and cross-appellant's briefs. The parties shall file their respective briefs by **OCTOBER 16, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE